No. 5520. JOHNSON v. MICHIGAN ET AL. Motion for leave to file petition for writ of certiorari denied.

No. 507. CALIFORNIA DEPARTMENT OF HUMAN RESOURCES DEVELOPMENT ET AL. v. JAVA ET AL. Appeal from D. C. N. D. Cal. Probable jurisdiction noted.

No. 5714. JENNESS ET AL. v. FORTSON, SECRETARY OF STATE OF GEORGIA. Appeal from D. C. N. D. Ga. Motion to advance denied. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 464. GAINESVILLE UTILITIES DEPARTMENT ET AL. v. FLORIDA POWER CORP.; and

No. 469. FEDERAL POWER COMMISSION v. FLORIDA POWER CORP. C. A. 5th Cir. Motion of American Public Power Assn. for leave to file a brief as *amicus curiae* in No. 464 granted. Certiorari granted. Reported below: 425 F. 2d 1196.

No. 248. INDIANA REVENUE BOARD ET AL. v. INDIANA EX REL. CITY OF INDIANAPOLIS ET AL.; and

No. 610. INDIANA REVENUE BOARD ET AL. v. INDIANA EX REL. CITY OF INDIANAPOLIS ET AL. App. Ct. Ind. Certiorari denied. Reported below: No. 248, —— Ind. App. ——, 253 N. E. 2d 725; No. 610, —— Ind. App. ——, 255 N. E. 2d 833.

No. 385. PUERTO RICO TELEPHONE CO. v. FIGUEROA DE ARROYO ET AL.; and

No. 522. FIGUEROA DE ARROYO ET AL. v. PUERTO RICO TELEPHONE CO. ET AL. C. A. 1st Cir. Certiorari denied. Reported below: 425 F. 2d 281.